**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ANGEL HERNANDEZ GUEVARA,
Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 5:26-cv-06535-MWF-RAO

ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS

On November 3, 2026, Petitioner Angel Hernandez Guevara (A#221-168-367), a noncitizen in immigration custody, and proceeding through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ("Pet"), Dkt. No. 1. Petitioner seeks his immediate release on the grounds that his immigration detention violates his constitutional due process rights.

On November 3, 2026, the Court issued a Notice of General Order 26-05 and Briefing Schedule that required Respondents to file an Answer to the Petition by no later than seven days from the date of the Notice. Dkt. No. 5. To date, Respondents have not filed an answer or otherwise

communicated with the Court. In light of the absence of an Answer, the Court deems the Petition unopposed. For the reasons set forth below, the Petition is GRANTED, and Respondents are ORDERED to release Petitioner immediately.

The Petition sets forth the following facts. Petitioner was taken into immigration custody on August 17, 2026. Pet. ¶ 3. Prior to his arrest, Petitioner resided in the United States for over two years, during which time, he attended high school and developed a relationship with his sponsor and their family. Pet. ¶ 8. Petitioner is eighteen years old, of indigenous descent, with limited Spanish fluency, and was not provided with an adequate interpreter while processed into detention. Pet. ¶¶ 2, 5, 8. The Petition alleges that his detention violates his constitutional due process rights. Pet. ¶ 55. The Petition seeks immediate release, injunction from re-detention, and an award of attorney fees. Pet. at 14.

Petitioner has a protected due process interest in being released, as he has lived in this country for over two years, and developed strong ties with his community. *See Zadvydas v. Davis*, 533 U.S. 678, 679 (2001) ("[T]he Due Process Clause applies to all persons within the United States, including [noncitizens], whether their presence is lawful, unlawful, temporary, or permanent."); *see also Pinchi v. Noem*, 792 F. Supp. 3d 1025, 1033 (N.D. Cal. 2025) (petitioner has substantial private interest in remaining in her home, continuing her employment and maintaining her community ties).

Because Respondents elected not to respond to the Petition, the record is devoid of any evidence or argument of a significant government interest in detaining Petitioner. Thus, it is uncontroverted that Petitioner has a significant due process interest in being released, and he poses no apparent risk of flight or danger to the community. Considering these

circumstances and Respondents' non-opposition, the Court concludes that Petitioner's immediate release is warranted.

Accordingly, the Court

1) GRANTS the Petition;
2) ORDERS Respondents to release Petitioner Angel Hernandez Guevara (A#221-168-367) from immigration custody immediately;
3) ORDERS Respondents to file a compliance report within two (2) court days from the date of this Order; and
4) ENJOINS Respondents from re-detaining Petitioner absent strict compliance with due process and all applicable statutes and regulations.

Finally, any request for attorney fees shall be submitted via separate motion.

DATED: November 24, 2026

MICHAEL W. FITZGERALD
United States District Judge