JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL HERNANDEZ GUEVARA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Respondents. | Case No. 5:26-cv-06535-MWF-RAO<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED, and this action is closed.

DATED: November 24, 2026

MICHAEL W. FITZGERALD
United States District Judge